# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRAIG A. WHITNEY and AUBREE S. WHITNEY, ) ) ) Plaintiffs, ) v. ) ) FIRST AMERICAN LOAN STAR TRUSTEE ) SERVICES; *et al.*, ) ) Defendants. ) ) | 3:11–cv-00037-LRH-VPC  **MINUTE ORDER**  April 30, 2012 |

PRESENT:    THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:    NONE APPEARING        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant JPMorgan Chase Bank, NA's Motion for Stay of Litigation and Discovery Proceedings Pending a Determination on Its Motion for Judgment on the Pleadings and to Expunge Notice of Lis Pendens (#71[1]).  Good cause appearing,

Defendant's Motion for Stay (#71) is **GRANTED**.  This matter is stayed until the Court has ruled upon the Motion for Judgment on the Pleadings (#68) and Motion to Expunge Lis Pendens (#69).

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:    /s/
       Deputy Clerk

---

[1] Refers to court's docket number.