1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### (NORTHERN DIVISION)

| | | |
|---|---|---|
| CRAIG A. WHITNEY and AUBREE S. WHITNEY, | ) ) ) | |
| Plaintiffs, | ) ) ) | CASE NO. 3:11-cv-00037-LRH-RAM |
| v. | ) ) | |
| FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; CAL-WESTERN RECONVEYANCE CORPORATION CHASE HOME FINANCE, LLC; LSI TITLE COMPANY - NV; TICOR TITLE; STANLEY S. SILVA; FIRST AMERICAN TITLE INSURANCE COMPANY; JOE BUENO; AND DOES AND ROES 1-25) CORPORATIONS, DOES AND ROES 1-25) Individuals, Partnerships, or anyone claiming any interest to the property described in the action | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER CANCELLING AND EXPUNGING LIS PENDENS** |
| Defendants. | ) ) | |

1

On or about November 22, 2010, the attached Notice of Lis Pendens (Document Number 3945488) ("Lis Pendens") was recorded with the Washoe County, Nevada Recorder's Office, putting the world on notice of this lawsuit concerning property commonly known as 405 Casey Court, Reno, Nevada 89506, parcel no. 086-303-04 (the "Property").  In its Order dated May 31, 2012 (Doc. 78), the Court dismissed this action and granted Chase's motion to expunge notice of lis pendens (Doc. 68).  Accordingly, and for good cause shown:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Lis Pendens shall be cancelled, and this cancellation shall have the effect of an expungement of the recorded Lis Pendens, which Lis Pendens shall have no force or effect; and that this Order may be recorded with the Washoe County Recorder forthwith.

**IT IS SO ORDERED.**

DATED this 4th day of June, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

APN# 086-305-04

Recording Requested by: *Return To*
Name: Rick Lawton ESQ
Address: 1460 Hwy 95A, North, Ste 1
City/State/Zip: Fernley, NV 89408

**When Recorded Mail to:**
Name: Same as above
Address: _____
City/State/Zip: _____

**Mail Tax Statement to:**
Name: _____
Address: _____
City/State/Zip: _____

DOC # 3945488
11/22/2010 12:58:43 PM
Requested By
RICK LAWTON LAW OFFICE
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee: $17.00  RPTT: $0.00
Page 1 of 4

( for Recorder's use only )

NOTICE OF LIS PENDENS
( Title of Document )

Please complete Affirmation Statement below:

☐ I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does not contain the personal information of any person or persons. (Per NRS 239B.030)

-OR-

☐ I the undersigned hereby affirm that the attached document, including any exhibits, hereby submitted for recording does contain the personal information of a person or persons as required by law: _____
(State specific law)

_____   _____
Signature                          Title

Rick Lawton
Printed Name

This page added to provide additional information required by NRS 111.312 Sections 1-2 and NRS 239B.030 Section 4.

This cover page must be typed or printed in black ink.   (Additional recording fee applies)

CODE: ~~1936~~ 1935
Rick Lawton, Esquire
State Bar Number 00694
1460 Hwy 95A, North #1
Fernley, NV 89408
775 867 5599
775 867 2559 [fax]
Attorney for Plaintiff(s)

FILED
2010 NOV 22 PM 12: 31
HOWARD W. CONYERS
BY: A. Melendez
DEPUTY

FILE COPY

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

CRAIG A. WHITNEY and AUBREE S WHITNEY,

    Plaintiffs.

vs.

CTX MORTGAGE COMPANY, LLC; TIMOTHY M. BARTOSH or WILLIAM B. NARYKA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, [MERS]; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; CAL-WESTERN RECONVEYANCE CORPORATION; CHASE HOME FINANCE, LLC; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action,

    Defendants.

Case No.
Dept. No. 6

NOTICE OF LIS PENDENS

    NOTICE IS HEREBY GIVEN that an action has been commenced **TO QUIET TITLE** in the above-entitled Court by the above-named Plaintiff against the above-named Defendants to quiet the title for the premises and real estate in the Complaint in said action, and hereinafter described and to determine all and every

RICK LAWTON'S LAW OFFICE

P.O. Box 1344
1460 Hwy 95A North Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net

1

claim, estate or interest therein of said Defendants, adverse to said Plaintiffs, and the premises affected by this suit are situated in the County of Washoe, State of Nevada, and is more particularly described as follows:

The action pertains to the following described property:

## LEGAL DESCRIPTION

<u>Property address</u>: 405 CASEY COURT, RENO, NEVADA, 98506

<u>Property description</u>: LOT 22 OF BRITTON SUBDIVISION UNIT NO. 2, ACCORDING TO THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON DECEMBER 28, 1971, AS FILE NO. 230152, AS TRACT MAP NO. 1271.

EXCEPTING THEREFROM all naturally occurring substances and material located at or below the surface of the land which have value when removed from the earth except for (I) crude oil, natural gas, casinghead gas together with other gaseous or liquid hydrocarbon substances and all other mineral substances, including sulphur, produced in association with such gaseous or liquid hydrocarbon substances, and (ii) helium and carbon dioxide and mineral substances produced in association with helium and carbon dioxide, as more fully described in that Memorandum of Minerals Lease, recorded December 23, 1987, in Book 2665, Page 608, as Document No. 1214676, Official Records.

<u>APN</u>: 086-303-04

## AFFIRMATION

That the undersigned affirms that this document does not contain the social security number of any person.

Dated this 27th day of November, 2010

_____
Rick Lawton, Esquire

Rick Lawton's Law Office
P.O. Box 1344
460 Hwy 95A North Ste. 1
Fernley, Nevada 89408
Ph: 775-575-2208
Fax: 775-575-2406
1-877-626-4726
lawtonrick@earthlink.net



CERTIFIED COPY
The document to which this certificate is attached is a full, true and correct copy of the original on file and of record in my office.
DATE: NOV 2 2 2010
HOWARD W. CONYERS, Clerk of the Second Judicial District Court, in and for the County of Washoe, State of Nevada.
By _____ Deputy